**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                          CASE NUMBER 17-51340

   Dennis L. Denny, Jr. and Jessica Renee Denny

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 11/2/2017                                                                              TIME: 09:30

APPEARANCES:

ISSUE:

| | | |
|---|---|---|
| 26 | 9/27/2017 | Order Continuing Confirmation Hearing. Confirmation hearing to be held on 11/2/2017 at 9:30 AM at Lexington Courtroom, Ch. 13. (lmu)<P><B><I></I></B></P> |

DISPOSITION:
    Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:
Gregory R. Schaaf
Bankruptcy Judge
Dated: Thursday, November 02, 2017
(rah)**